IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

___

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| VS. | ) CR. NO. 1:17-10004-7-STA |
| MONTEITH HALEY, | ) |
| Defendant. | ) |

___

**ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING**

___

This cause came to be heard on September 18, 2017, Assistant United States Attorney, Matt Wilson, appearing for the Government and the defendant, Monteith Haley, appearing in person, and with counsel, Russell Larson.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 2 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, DECEMBER 19, 2017 at 10:00 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 18th day of September, 2017.

s/ S. Thomas Anderson
CHIEF JUDGE, U. S. DISTRICT COURT