**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:17-cr-10004-STA |
| ) | |
| **MONTEITH HALEY,** ) | |
| ) | |
| Defendant. ) | |

**ORDER ON SEALED MOTION TO CONTINUE SENTENCING HEARING**

THIS cause came on to be heard before the Honorable S. Thomas Anderson, Chief Judge of the United States District Court for the Western District of Tennessee, upon Sealed Motion of the Defendant for a continuance of his sentencing hearing.

It is THEREFORE ORDERED, ADJUDGED, and DECREED that the Sentencing hearing be rescheduled to **May 14, 2018** at **1:30 P.M**.

Counsel for the defendant is directed to file a corrected Certificate of Consultation regarding this motion, as the certificate attached to the motion references an incorrect defendant.

This the 8th day of March, 2018.

s/ S. Thomas Anderson
Honorable S. Thomas Anderson
Chief United States District Judge